## MORGAN v. STATE.
### No. 21717.

Court of Criminal Appeals of Texas.
Nov. 12, 1941.

R. L. Moulden, of McKinney, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted in Collin County on a charge of driving while intoxicated, and assessed a penalty of five days in the county jail and a fine of $50.

The procedure appears to be regular. No statement of facts or bills of exception are presented and there is nothing for this court to review.

The judgment of the trial court is affirmed.